```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CADLES OF GRASSY MEADOWS II, L.L.C.,

                 Plaintiff,        MEMORANDUM & ORDER
                                   10-CV-1673 (JS) (ETB)
         - against -

JEFFREY ST. CLAIR and
CATHLEEN ST. CLAIR,

                 Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiffs:    Douglas Levi Sanders, Esq.
                   Friedman & Walt
                   1500 Broadway, 23rd Floor
                   New York, NY 10036

For Defendants:    No Appearance
```

SEYBERT, District Judge:

For purposes of federal diversity jurisdiction, the citizenship of a limited liability company is based on the citizenship of the LLC's individual members, not the LLC's state of organization or its principle place of business. <u>Handelsman v. Bedford Vill. Assocs. Ltd.</u>, 213 F.3d 48, 51-51 (2d Cir. 2000). In its Complaint, Plaintiff fails to establish diversity jurisdiction under 28 U.S.C. § 1332 because it does not list its members and their state citizenships. Accordingly, the Court must dismiss the Complaint without prejudice.

If Plaintiff wishes to continue forward, it must file an Amended Complaint by May 30, 2010 in compliance with this

Order. If complete diversity is not established in the Amended Complaint, the case will be dismissed <u>sua sponte</u> and with prejudice, and the case will be closed.

                              SO ORDERED.

                              <u>/s/ JOANNA SEYBERT</u>
                              Joanna Seybert, U.S.D.J.

Dated:    May 6, 2010
          Central Islip, New York